**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**District of Hawaii**

Case number (*If known*): _____

Chapter you are filing under:

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

# Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint* case—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **1.** | **Your full name** | **Kasey** | **Sasha** |
|  | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | First name | First name |
|  |  | **Keaka** | **Shaina-Alani** |
|  |  | Middle name | Middle name |
|  | Bring your picture identification to your meeting with the trustee. | **Chang** | **Pinero** |
|  |  | Last name | Last name |
|  |  | Suffix (Sr., Jr, II, III) | Suffix (Sr., Jr, II, III) |

| | | | |
|---|---|---|---|
| **2.** | **All other names you have used in the last 8 years** | First name | First name |
| | Include your married or maiden names and any assumed, trade names and *doing business as* names. | Middle name | Middle name |
| | | Last name | Last name |
| | Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | **Sasha Shaina-Alani Pinero** |
| | | Business name (if applicable) | Business name (if applicable) |
| | | Business name (if applicable) | Business name (if applicable) |

| | | | |
|---|---|---|---|
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx - xx - **1  5  7  0** | xxx - xx - **1  5  0  5** |
| | | OR | OR |
| | | **9**xx - xx - ___ ___ ___ ___ | **9**xx - xx - ___ ___ ___ ___ |

U.S. Bankruptcy Court - Hawaii  #25-00763  Dkt # 1  Filed  09/02/25  Page 1 of 91

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | EIN __ __ - __ __ __ __ __ __ __ <br> EIN __ __ - __ __ __ __ __ __ __ | EIN __ __ - __ __ __ __ __ __ __ <br> EIN __ __ - __ __ __ __ __ __ __ |

**5. Where you live**

**47-702 Akakoa Pl**
Number    Street

_____

**Kaneohe, HI 96744-5001**
City                              State    ZIP Code

**Honolulu**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City                              State    ZIP Code

If Debtor 2 lives at a different address:

_____
Number    Street

_____

_____
City                              State    ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City                              State    ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408)

_____

_____

_____

_____

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408)

_____

_____

_____

_____

U.S. Bankruptcy Court - Hawaii  #25-00763  Dkt # 1  Filed  09/02/25  Page 2 of 91

**Part 2:** Tell the Court About Your Bankruptcy Case

---

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

---

**8.** **How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.** **Have you filed for bankruptcy within the last 8 years?**

☑ No.
☐ Yes.

| | District _____ | When _____ MM / DD / YYYY | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ MM / DD / YYYY | Case number _____ |
| | District _____ | When _____ MM / DD / YYYY | Case number _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No.
☐ Yes.

| | Debtor _____ | | Relationship to you _____ |
|---|---|---|---|
| | District _____ | When _____ MM / DD / YYYY | Case number, if known _____ |
| | Debtor _____ | | Relationship to you _____ |
| | District _____ | When _____ MM / DD / YYYY | Case number, if known _____ |

---

**11.** **Do you rent your residence?**

☐ No.  Go to line 12.

☑ Yes.  Has your landlord obtained an eviction judgment against you?

    ☑ No. Go to line 12.

    ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

U.S. Bankruptcy Court - Hawaii  #25-00763  Dkt # 1  Filed  09/02/25  Page 3 of 91

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No. Go to Part 4.

☑ Yes. Name and location of business

**Sasha Shaina-Alani Pinero**
Name of business, if any

**47-702 Akakoa Pl**
Number      Street

_____

| **Kaneohe** | **HI** | **96744-5001** |
|-------------|--------|----------------|
| City | State | ZIP Code |

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☑ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

Official Form 101          Voluntary Petition for Individuals Filing for Bankruptcy          page 4

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.    What is the hazard?    _____

_____

_____

If immediate attention is needed, why is it needed?    _____

_____

_____

Where is the property?    _____

Number    Street

_____

City                                    State        ZIP Code

U.S. Bankruptcy Court - Hawaii  #25-00763  Dkt # 1  Filed  09/02/25  Page 5 of 91

| **Part 5:** | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15.** **Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

U.S. Bankruptcy Court - Hawaii  #25-00763  Dkt # 1  Filed 09/02/25  Page 6 of 91

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts. _____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ No. I am not filing under Chapter 7. Go to line 18.

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,000-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Kasey Keaka Chang**
Kasey Keaka Chang, Debtor 1
Executed on **09/02/2025**
MM/ DD/ YYYY

X **/s/ Sasha Shaina-Alani Pinero**
Sasha Shaina-Alani Pinero, Debtor 2
Executed on **09/02/2025**
MM/ DD/ YYYY

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X** **/s/ Lars Peterson**
Signature of Attorney for Debtor

Date **09/02/2025**
MM / DD / YYYY

**Lars Peterson**
Printed name

**808 BK LLLC**
Firm name

**745 Fort St Ste 801**
Number        Street

**Topa Financial Center, Fort Street Tower**

**Honolulu**                                    **HI**      **96813-3815**
City                                                    State     ZIP Code

Contact phone **(808) 589-1010**          Email address **lars@808bk.com**

**8604**                                                **HI**
Bar number                                        State

| Debtor 1 | **Kasey** | **Keaka** | **Chang** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Sasha** | **Shaina-Alani** | **Pinero** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of **Hawaii**

Case number

☐ Check if this is an amended filing

# Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☑ No. Go to Part 2.

   ☐ Yes. Where is the property?

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** ..................................................... ➔ | **$0.00** |

## Part 2:  Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No

   ☑ Yes

   3.1 Make: **Toyota**

   Model: **Corolla**

   Year: **2015**

   Approximate mileage: **80000**

   Other information:

   | Source of Value: KBB |

   **Who has an interest in the property?** Check one.

   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☑ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ **Check if this is community property** (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   | Current value of the entire property? | Current value of the portion you own? |
   |---|---|
   | **$6,182.00** | **$6,182.00** |

   If you own or have more than one, describe here:

3.2    Make:          __Toyota__

       Model:         __Tacoma__

       Year:          __2018__

       Approximate mileage:  __67000__

       Other information:

       | Source of Value: KBB |

       **Who has an interest in the property?** Check one.

       ☐ Debtor 1 only
       ☐ Debtor 2 only
       ☑ Debtor 1 and Debtor 2 only
       ☐ At least one of the debtors and another

       ☐ **Check if this is community property** (see instructions)

       Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

       **Current value of the entire property?**          **Current value of the portion you own?**

       __$12,468.00__          __$12,468.00__

3.3    Make:          __Toyota__

       Model:         __4Runner__

       Year:          __2015__

       Approximate mileage:  __170000__

       Other information:

       | Source of Value: KBB |

       **Who has an interest in the property?** Check one.

       ☑ Debtor 1 only
       ☐ Debtor 2 only
       ☐ Debtor 1 and Debtor 2 only
       ☐ At least one of the debtors and another

       ☐ **Check if this is community property** (see instructions)

       Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

       **Current value of the entire property?**          **Current value of the portion you own?**

       __$12,696.00__          __$12,696.00__

4.    **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

      *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

      ☑ No
      ☐ Yes

5.    Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here ...............................................    ➔    | $31,346.00 |

| **Part 3:** | Describe Your Personal and Household Items |

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |

6.    **Household goods and furnishings**

      *Examples:* Major appliances, furniture, linens, china, kitchenware

      ☐ No
      ☑ Yes. Describe. .........    | Household goods and furnishings |          __$500.00__

7.    **Electronics**

      *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

      ☐ No
      ☑ Yes. Describe. .........    | Electronics |          __$500.00__

8. **Collectibles of value**

     *Examples:*   Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

     ☑ No

     ☐ Yes. Describe. .........

9. **Equipment for sports and hobbies**

     *Examples:*   Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

     ☑ No

     ☐ Yes. Describe. .........

10. **Firearms**

     *Examples:*   Pistols, rifles, shotguns, ammunition, and related equipment

     ☑ No

     ☐ Yes. Describe. .........

11. **Clothes**

     *Examples:*   Everyday clothes, furs, leather coats, designer wear, shoes, accessories

     ☐ No

     ☑ Yes. Describe. .........

| Clothes | $250.00 |
|---|---|

12. **Jewelry**

     *Examples:*   Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

     ☐ No

     ☑ Yes. Describe. .........

| Jewelry | $50.00 |
|---|---|

13. **Non-farm animals**

     *Examples:*   Dogs, cats, birds, horses

     ☑ No

     ☐ Yes. Describe. .........

14. **Any other personal and household items you did not already list, including any health aids you did not list**

     ☑ No

     ☐ Yes. Give specific information. .............

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...................................................................................................... ➔    $1,300.00

| **Part 4:** | Describe Your Financial Assets |
|---|---|

| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

U.S. Bankruptcy Court - Hawaii   #25-00763   Dkt # 1   Filed  09/02/25   Page 11 of 91

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No

    ☑ Yes ........................................................................................................................ Cash: ...................    **$200.00**

17. **Deposits of money**

    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No

    ☑ Yes .....................

    | | Institution name: | |
    |---|---|---|
    | 17.1. Checking account: | **American Savings Bank** | **$398.09** |
    | 17.2. Checking account: | **Bank of Hawaii** | **$3,319.00** |
    | 17.3. Checking account: | **Hawaii State FCU** | **$203.00** |
    | 17.4. Savings account: | **Hawaii State FCU** | **$100.50** |

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No

    ☐ Yes .....................

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☑ No

    ☐ Yes. Give specific information about them....................

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No

    ☐ Yes. Give specific information about them....................

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☑ No

    ☐ Yes. List each account separately.

U.S. Bankruptcy Court - Hawaii    #25-00763    Dkt # 1    Filed 09/02/25    Page 12 of 91

| | |
|---|---|
| 22. | **Security deposits and prepayments** |

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:*  Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☐ No

☑ Yes .....................        Institution name or individual:

                         Security deposit on rental unit:  **Debtor's landlord** _____  **$2,000.00**

---

**23.** **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes .....................

---

**24.** **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes ...................

---

**25.** **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific
information about them. ...

---

**26.** **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:*  Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific
information about them. ...

---

**27.** **Licenses, franchises, and other general intangibles**

*Examples:*  Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Give specific
information about them. ...

---

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**28.** **Tax refunds owed to you**

☑ No

☐ Yes. Give specific information about
them, including whether you
already filed the returns and
the tax years. ...................

---

**29.** **Family support**

*Examples:*  Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property
settlement

☑ No

☐ Yes. Give specific information. ........

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information. ........

31. **Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No

☐ Yes. Name the insurance company of each policy and list its value. ...

32. **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information. ........

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim. ..............

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim. ..............

35. **Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information. ........

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** .................................................................................................................. ➡ | **$6,220.59** |

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

37. **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes. Go to line 38.

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** .................................................................................................................. ➡ | **$0.00** |

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. **If you own or have an interest in farmland, list it in Part 1.** |

| 46. | **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?** | |
|---|---|---|
| | ☑ No. Go to Part 7. | |
| | ☐ Yes. Go to line 47. | |

| 52. | **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ............................................................................. ➔ | **$0.00** |

**Part 7:**   Describe All Property You Own or Have an Interest in That You Did Not List Above

| 53. | **Do you have other property of any kind you did not already list?** |
|---|---|
| | *Examples:* Season tickets, country club membership |
| | ☑ No |
| | ☐ Yes. Give specific information. ............ |

| 54. | **Add the dollar value of all of your entries from Part 7. Write that number here** ........................ ➔ | **$0.00** |

**Part 8:**   List the Totals of Each Part of this Form

| 55. | **Part 1: Total real estate, line 2** ................................................................................................ ➔ | **$0.00** |

| 56. | **Part 2: Total vehicles, line 5** | **$31,346.00** |
|---|---|---|
| 57. | **Part 3: Total personal and household items, line 15** | **$1,300.00** |
| 58. | **Part 4: Total financial assets, line 36** | **$6,220.59** |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** |
| 61. | **Part 7: Total other property not listed, line 54** | **+** **$0.00** |

| 62. | **Total personal property.** Add lines 56 through 61. ............... | **$38,866.59** | Copy personal property total ➔ | **+ $38,866.59** |

| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62. ....................................................... | **$38,866.59** |

U.S. Bankruptcy Court - Hawaii   #25-00763   Dkt # 1   Filed  09/02/25   Page 15 of 91

| Debtor 1 | **Kasey** | **Keaka** | **Chang** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sasha** | **Shaina-Alani** | **Pinero** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of **Hawaii**

Case number _____
(if known)

☐ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **2015 Toyota 4Runner**<br><br>Line from *Schedule A/B:* **3.1** | **$12,696.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit<br><br>☑ **$12,696.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)**<br><br><br><br>**11 U.S.C. § 522(d)(5)** |

3. **Are you claiming a homestead exemption of more than $214,000?**

(Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

☑ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No

   ☐ Yes

U.S. Bankruptcy Court - Hawaii   #25-00763   Dkt # 1   Filed  09/02/25   Page 16 of 91

| Debtor 1 | **Kasey** | **Keaka** | **Chang** | Case number (if known) | |
|---|---|---|---|---|---|
| Debtor 2 | **Sasha** | **Shaina-Alani** | **Pinero** | | |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **2015 Toyota Corolla**<br><br>Line from *Schedule A/B*: **3.2** | **$6,182.00** | ☑ **$4,450.00**<br>☐ 100% of fair market value, up to any applicable statutory limit<br><br>☑ **$1,732.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)**<br><br><br>**11 U.S.C. § 522(d)(5)** |
| Brief description: **2018 Toyota Tacoma**<br><br>Line from *Schedule A/B*: **3.3** | **$12,468.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Household goods and furnishings**<br><br>Line from *Schedule A/B*: **6** | **$500.00** | ☑ **$1,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Electronics**<br><br>Line from *Schedule A/B*: **7** | **$500.00** | ☑ **$1,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Clothes**<br><br>Line from *Schedule A/B*: **11** | **$250.00** | ☑ **$250.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Jewelry**<br><br>Line from *Schedule A/B*: **12** | **$50.00** | ☑ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |
| Brief description: **Cash**<br><br>Line from *Schedule A/B*: **16** | **$200.00** | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

U.S. Bankruptcy Court - Hawaii   #25-00763   Dkt # 1   Filed 09/02/25   Page 17 of 91

| Debtor 1 | **Kasey** _Keaka_ **Chang** | | Case number _(if known)_ _____ |
|---|---|---|---|
| Debtor 2 | **Sasha** **Shaina-Alani** **Pinero** | | |
| | First Name    Middle Name    Last Name | | |

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on _Schedule A/B_ that lists this property | Current value of the portion you own<br><br>Copy the value from _Schedule A/B_ | Amount of the exemption you claim<br><br>_Check only one box for each exemption._ | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Hawaii State FCU** _Checking account_<br><br>Line from _Schedule A/B:_ **17** | **$203.00** | ☑ **$203.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Hawaii State FCU** _Savings account_<br><br>Line from _Schedule A/B:_ **17** | **$100.50** | ☑ **$100.50**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **American Savings Bank** _Checking account_<br><br>Line from _Schedule A/B:_ **17** | **$398.09** | ☑ **$398.09**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Bank of Hawaii** _Checking account_<br><br>Line from _Schedule A/B:_ **17** | **$3,319.00** | ☑ **$3,319.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Debtor's landlord** _Security deposit on rental unit_<br><br>Line from _Schedule A/B:_ **22** | **$2,000.00** | ☑ **$2,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(1)** |

U.S. Bankruptcy Court - Hawaii   #25-00763   Dkt # 1   Filed  09/02/25   Page 18 of 91

| Debtor 1 | Kasey | Keaka | Chang |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Sasha | Shaina-Alani | Pinero |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of    **Hawaii**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| **Part 1:** | List All Secured Claims |
|---|---|

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

| 2.1 | **Santander Bank** | Describe the property that secures the claim: | $21,785.00 | $12,468.00 | $9,317.00 |
|---|---|---|---|---|---|

Creditor's Name

**P.o. Box 961211**

Number     Street

**Fort Worth, TX 76161**

City     State     ZIP Code

**2018 Toyota Tacoma**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred     **7/1/2023**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)     _____

Last 4 digits of account number     **1   0   0   0**

| Add the dollar value of your entries in Column A on this page. Write that number here: | $21,785.00 | |
|---|---|---|

U.S. Bankruptcy Court - Hawaii   #25-00763   Dkt # 1   Filed  09/02/25   Page 19 of 91

Fill in this information to identify your case:

| Debtor 1 | **Kasey** | **Keaka** | **Chang** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sasha** | **Shaina-Alani** | **Pinero** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of ___**Hawaii**___

Case number
(if known) _____

☐ Check if this is an
amended filing

<u>Official Form 106E/F</u>

# Schedule E/F: Creditors Who Have Unsecured Claims   12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B:* **Property (Official Form 106A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 106G). Do not include any creditors with partially secured claims that are listed in** *Schedule D: Creditors Who Have Claims Secured by Property.* **If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

## Part 1:   List All of Your PRIORITY Unsecured Claims

**1.   Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

**2.   List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1**  **Department of Taxation** | Last 4 digits of account number __ __ __ __ | $0.00 | $0.00 | $0.00 |
| Priority Creditor's Name | | | | |
| **Attn: Bankruptcy Unit** | When was the debt incurred?     2023 | | | |

**Po Box 259**

| Number         Street | As of the date you file, the claim is: Check all that apply. |
|---|---|

**Honolulu, HI 96809-0259**

City         State         ZIP Code

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

U.S. Bankruptcy Court - Hawaii   #25-00763   Dkt # 1   Filed  09/02/25   Page 20 of 91

| Debtor 1 | **Kasey** | **Keaka** | **Chang** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Sasha** | **Shaina-Alani** | **Pinero** | |
| | First Name | Middle Name | Last Name | |

| Part 1: | Your PRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.2** **Internal Revenue Service**

Priority Creditor's Name

**Centralized Insolvency Operation**

**P.O. Box 7346**

Number        Street

**Philadelphia, PA 19101**

City            State       ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?        **2022-2024**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**$9,000.00**        **$9,000.00**        **$0.00**

Official Form 106E/F                Schedule E/F: Creditors Who Have Unsecured Claims

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

**3.** **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.** **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | **Total claim** |
|---|---|

**4.1** **Affirm, Inc.**

Nonpriority Creditor's Name

**30 Isabella St Fl 4**

Number    Street

_____

**Pittsburgh, PA 15212-5862**

City    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **B  A  9  3**         **$0.00**

**When was the debt incurred?**   **6/1/2020**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Unsecured**

**4.2** **American Savings Bank**

Nonpriority Creditor's Name

**Po Box 2300**

Number    Street

_____

**Honolulu, HI 96804-2300**

City    State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **0  0  5  1**       **$16,992.00**

**When was the debt incurred?**   **5/1/2023**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Unsecured**

U.S. Bankruptcy Court - Hawaii   #25-00763   Dkt # 1   Filed  09/02/25   Page 22 of 91

| Debtor 1 | **Kasey** | **Keaka** | **Chang** | Case number *(if known)* _____ |
|----------|-----------|-----------|-----------|-------------------------------|
| Debtor 2 | **Sasha** | **Shaina-Alani** | **Pinero** | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---------|------------------------------------------------------|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**4.3**

**American Savings Bank**

Nonpriority Creditor's Name

**Po Box 2300**

Number      Street

**Honolulu, HI 96804-2300**

City     State     ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   **4**   **3**   **2**   **1**

When was the debt incurred?     **8/1/2021**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Unsecured**

**$6,032.00**

---

**4.4**

**American Savings Bank**

Nonpriority Creditor's Name

**Po Box 2300**

Number      Street

**Honolulu, HI 96804-2300**

City     State     ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   **5**   **7**   **4**   **3**

When was the debt incurred?     **5/1/2019**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Unsecured**

**$0.00**

---

Official Form 106E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**     

**Part 2:**    **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.     **Total claim**

---

**4.5**

**American Savings Bank**

Nonpriority Creditor's Name

**Po Box 2300**

Number      Street

**Honolulu, HI 96804-2300**

City      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   8   6   0   8     **$12,540.00**

**When was the debt incurred?**    12/1/2022

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Unsecured**

---

**4.6**

**American Savings Bank**

Nonpriority Creditor's Name

**Po Box 2300**

Number      Street

**Honolulu, HI 96804-2300**

City      State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   8   5   6   0     **$0.00**

**When was the debt incurred?**    11/1/2016

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Unsecured**

U.S. Bankruptcy Court - Hawaii   #25-00763   Dkt # 1   Filed 09/02/25   Page 24 of 91

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.          **Total claim**

| 4.7 | **Amex** | Last 4 digits of account number      **2   2   4   3** | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**Correspondence/Bankruptcy**          When was the debt incurred?          **8/1/2016**

**Po Box 981540**

Number        Street          As of the date you file, the claim is: Check all that apply.

**El Paso, TX 79998-1540**

City            State          ZIP Code
☐ Contingent
☐ Unliquidated

**Who incurred the debt?** Check one.          ☑ Disputed
☐ Debtor 1 only
☑ Debtor 2 only          **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 and Debtor 2 only          ☐ Student loans
☐ At least one of the debtors and another          ☐ Obligations arising out of a separation agreement or divorce that you did not report as
☐ **Check if this claim is for a community debt**          priority claims
          ☐ Debts to pension or profit-sharing plans, and other similar debts
**Is the claim subject to offset?**          ☑ Other. Specify   **CreditCard**
☑ No
☐ Yes

| 4.8 | **Bank Of Hawaii** | Last 4 digits of account number      **0   0   0   1** | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy**          When was the debt incurred?          **6/1/2017**

**111 South King Street**

Number        Street          As of the date you file, the claim is: Check all that apply.

**Honolulu, HI 96813**

City            State          ZIP Code
☐ Contingent
☐ Unliquidated

**Who incurred the debt?** Check one.          ☑ Disputed
☑ Debtor 1 only
☐ Debtor 2 only          **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 and Debtor 2 only          ☐ Student loans
☐ At least one of the debtors and another          ☐ Obligations arising out of a separation agreement or divorce that you did not report as
☐ **Check if this claim is for a community debt**          priority claims
          ☐ Debts to pension or profit-sharing plans, and other similar debts
**Is the claim subject to offset?**          ☑ Other. Specify   **Unsecured**
☑ No
☐ Yes

U.S. Bankruptcy Court - Hawaii   #25-00763   Dkt # 1   Filed  09/02/25   Page 25 of 91

| Debtor 1 | **Kasey** | **Keaka** | **Chang** | Case number *(if known)* |
|----------|-----------|-----------|-----------|--------------------------|
| Debtor 2 | **Sasha** | **Shaina-Alani** | **Pinero** | |
| | First Name | Middle Name | Last Name | |

<table>
<tr><td style="background:black;color:white">Part 2:</td><td>Your NONPRIORITY Unsecured Claims — Continuation Page</td></tr>
</table>

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.9**

| **Barclays** | Last 4 digits of account number    5   4   7   3 | $0.00 |
|---|---|---|

Nonpriority Creditor's Name

**Po Box 60517**

Number     Street

When was the debt incurred?     **3/1/2023**

**City Industry, CA 91716-0517**

City     State     ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **ChargeAccount**

**Is the claim subject to offset?**

☑ No
☐ Yes

**4.10**

| **Barclays Bank Delaware** | Last 4 digits of account number    1   4   1   4 | $0.00 |
|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**Po Box 8801**

Number     Street

When was the debt incurred?     **6/1/2019**

**Wilmington, DE 19899-8801**

City     State     ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CreditCard**

**Is the claim subject to offset?**

☑ No
☐ Yes

U.S. Bankruptcy Court - Hawaii   #25-00763   Dkt # 1   Filed 09/02/25   Page 26 of 91

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

### 4.11

**Capital One**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**Po Box 30285**

Number          Street

**Salt Lake City, UT 84130-0285**

City                    State              ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    8  5  8  0          $3,477.00

When was the debt incurred?          10/1/2018

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CreditCard**

### 4.12

**Capital One**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**Po Box 30285**

Number          Street

**Salt Lake City, UT 84130-0285**

City                    State              ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    8  2  5  9          $1,949.00

When was the debt incurred?          10/1/2019

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CreditCard**

U.S. Bankruptcy Court - Hawaii   #25-00763   Dkt # 1   Filed  09/02/25   Page 27 of 91

| Debtor 1 | **Kasey** | **Keaka** | **Chang** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Sasha** | **Shaina-Alani** | **Pinero** | |
| | First Name | Middle Name | Last Name | |

<table>
<tr><td colspan="2">**Part 2:**</td><td colspan="3">**Your NONPRIORITY Unsecured Claims — Continuation Page**</td></tr>
</table>

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

---

**4.13**  **Capital One**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**Po Box 30285**

Number          Street

**Salt Lake Cty, UT 84130-0285**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **4   3   6   6**          **$0.00**

When was the debt incurred?          **12/29/2015**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CreditCard**

---

**4.14**  **Capital One**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**Po Box 30285**

Number          Street

**Salt Lake Cty, UT 84130-0285**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **8   5   8   0**          **$0.00**

When was the debt incurred?          **10/30/2018**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CreditCard**

---

U.S. Bankruptcy Court - Hawaii   #25-00763   Dkt # 1   Filed  09/02/25   Page 28 of 91

| Debtor 1 | **Kasey** | **Keaka** | **Chang** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Sasha** | **Shaina-Alani** | **Pinero** | |
| | First Name | Middle Name | Last Name | |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.     **Total claim**

---

**4.15**   **Cbna**                Last 4 digits of account number    **0**   **8**   **6**   **7**      **$0.00**

Nonpriority Creditor's Name

**Attn: Centralized Bankruptcy/Citicorp**    When was the debt incurred?    **4/1/2017**

**PO Box 790034**

Number      Street         As of the date you file, the claim is: Check all that apply.

**St Louis, MO 63179-0034**

City     State     ZIP Code
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

**Type of NONPRIORITY unsecured claim:**
- ☐ Debtor 1 only
- ☐ Student loans
- ☑ Debtor 2 only
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ **Check if this claim is for a community debt**
- ☑ Other. Specify   **CreditCard**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**4.16**   **Chase Card Services**        Last 4 digits of account number    **5**   **8**   **2**   **7**      **$0.00**

Nonpriority Creditor's Name

**PO Box 15123**    When was the debt incurred?    **8/1/2022**

Number      Street         As of the date you file, the claim is: Check all that apply.

**Wilmington, DE 19850**

City     State     ZIP Code
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

**Type of NONPRIORITY unsecured claim:**
- ☐ Debtor 1 only
- ☐ Student loans
- ☑ Debtor 2 only
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ **Check if this claim is for a community debt**
- ☑ Other. Specify   **CreditCard**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

U.S. Bankruptcy Court - Hawaii    #25-00763    Dkt # 1    Filed   09/02/25    Page 29 of 91

| Debtor 1 | **Kasey** | **Keaka** | **Chang** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Sasha** | **Shaina-Alani** | **Pinero** | |
| | First Name | Middle Name | Last Name | |

<table>
<tr><td colspan="2" style="background:black;color:white">**Part 2:**</td><td colspan="2">**Your NONPRIORITY Unsecured Claims — Continuation Page**</td></tr>
</table>

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

### 4.17

**Citibank/The Home Depot**

Nonpriority Creditor's Name

**Citicorp Cr Srvs/Centralized Bankruptcy**

**PO Box 790040**

Number          Street

**Saint Louis, MO 63129**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number     1   8   9   7          **$0.00**

When was the debt incurred?          **2/8/2021**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **ChargeAccount**

### 4.18

**Citibank/The Home Depot**

Nonpriority Creditor's Name

**Citicorp Cr Srvs/Centralized Bankruptcy**

**PO Box 790040**

Number          Street

**Saint Louis, MO 63129**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number     0   3   4   5          **$0.00**

When was the debt incurred?          **2/8/2021**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **ChargeAccount**

U.S. Bankruptcy Court - Hawaii   #25-00763   Dkt # 1   Filed  09/02/25   Page 30 of 91

| Debtor 1 | **Kasey** | **Keaka** | **Chang** | Case number *(if known)* | |
|---|---|---|---|---|---|
| Debtor 2 | **Sasha** | **Shaina-Alani** | **Pinero** | | |
| | First Name | Middle Name | Last Name | | |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.     **Total claim**

---

**4.19**   **Citicards CBNA**

Nonpriority Creditor's Name

**Po Box 790034**

Number      Street

**Saint Louis, MO 63179-0034**

City      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __    **$10.00**

**When was the debt incurred?**    2023

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

---

**4.20**   **Comenity Bank/Victoria Secret**

Nonpriority Creditor's Name

**P.O. Box 18215**

Number      Street

**Columbus, OH 43218**

City      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __    **$89.00**

**When was the debt incurred?**    2023

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

U.S. Bankruptcy Court - Hawaii   #25-00763   Dkt # 1   Filed   09/02/25   Page 31 of 91

| Debtor 1 | **Kasey** | **Keaka** | **Chang** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Sasha** | **Shaina-Alani** | **Pinero** | |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.21** **Comenity Bank/Victoria Secret**
Nonpriority Creditor's Name

**P.O. Box 18215**
Number          Street

**Columbus, OH 43218**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **2   2   9   5**          **$451.00**

When was the debt incurred?          **12/1/2017**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **ChargeAccount**

---

**4.22** **Comenity Bk/Ulta**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 182125**
Number          Street

**Columbus, OH 43218**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **6   2   0   7**          **$0.00**

When was the debt incurred?          **4/1/2019**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **ChargeAccount**

---

U.S. Bankruptcy Court - Hawaii   #25-00763   Dkt # 1   Filed  09/02/25   Page 32 of 91

**Part 2:** **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.23** **Comenity Capital Bank**

Nonpriority Creditor's Name

**Attn: Bankruptcy Department**

**Po Box 182125**

Number          Street

**Columbus, OH 43218-2125**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___          **$1,095.00**

**When was the debt incurred?** **2023**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card**

---

**4.24** **Comenity Capital/famous**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 183003**

Number          Street

**Columbus, OH 43218**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **4   3   9   3**          **$0.00**

**When was the debt incurred?** **7/30/2022**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **CreditCard**

U.S. Bankruptcy Court - Hawaii   #25-00763   Dkt # 1   Filed  09/02/25   Page 33 of 91

| Debtor 1 | **Kasey** | **Keaka** | **Chang** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Sasha** | **Shaina-Alani** | **Pinero** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**4.25** **Comenity Capital/petco**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 183003**

Number          Street

**Columbus, OH 43218**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **9   7   4   0**

When was the debt incurred?          **5/1/2021**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CreditCard**

**$1,916.00**

---

**4.26** **Comenity Capital/Sephora**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 182125**

Number          Street

**Columbus, OH 43218**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **1   9   1   0**

When was the debt incurred?          **10/1/2022**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CreditCard**

**$0.00**

---

U.S. Bankruptcy Court - Hawaii   #25-00763   Dkt # 1   Filed  09/02/25   Page 34 of 91

| Debtor 1 | **Kasey** | **Keaka** | **Chang** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Sasha** | **Shaina-Alani** | **Pinero** | |
| | First Name | Middle Name | Last Name | |

<div style="background:black;color:white">**Part 2:** **Your NONPRIORITY Unsecured Claims — Continuation Page**</div>

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.27** **Comenity/MPRC**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 182273**

Number          Street

**Columbus, OH 43218**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number     **9  7  8  8**          **$0.00**

When was the debt incurred?          **6/11/2020**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **ChargeAccount**

---

**4.28** **Discover Financial**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 3025**

Number          Street

**New Albany, OH 43054**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number     **8  1  3  0**          **$0.00**

When was the debt incurred?          **7/1/2016**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **CreditCard**

U.S. Bankruptcy Court - Hawaii   #25-00763   Dkt # 1   Filed  09/02/25   Page 35 of 91

| Debtor 1 | **Kasey** | **Keaka** | **Chang** | Case number *(if known)* | |
|---|---|---|---|---|---|
| Debtor 2 | **Sasha** | **Shaina-Alani** | **Pinero** | | |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

**4.29**

**Elan Fin Svcs/ent Cu**
Nonpriority Creditor's Name

**Cb Disputes**
Number          Street

**Saint Louis, MO 63166**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **8   0   4   6**          **$0.00**

When was the debt incurred?          **8/1/2017**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CreditCard**

**4.30**

**First Hawaiian Bank**
Nonpriority Creditor's Name

**Attn: Robert Harrison, CEO**

**Po Box 3200**
Number          Street

**Honolulu, HI 96847-0001**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **0   0   0   1**          **$0.00**

When was the debt incurred?          **10/31/2017**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Automobile**

U.S. Bankruptcy Court - Hawaii   #25-00763   Dkt # 1   Filed  09/02/25   Page 36 of 91

| Debtor 1 | **Kasey** | **Keaka** | **Chang** | Case number *(if known)* _____ |
|----------|-----------|-----------|-----------|----------|
| Debtor 2 | **Sasha** | **Shaina-Alani** | **Pinero** | |
|          | First Name | Middle Name | Last Name | |

<table>
<tr><td colspan="2" style="background:black;color:white"><b>Part 2:</b></td><td colspan="2"><b>Your NONPRIORITY Unsecured Claims — Continuation Page</b></td></tr>
</table>

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.31** **Goldman Sachs Bank USA**

Nonpriority Creditor's Name

**Salt Lake City Branch**

**Po Box 6112**

Number          Street

**Philadelphia, PA 19115-6112**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number      **2  4  4  6**          **$873.00**

**When was the debt incurred?**          **3/1/2023**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CreditCard**

---

**4.32** **Goldman Sachs Bank USA**

Nonpriority Creditor's Name

**Salt Lake City Branch**

**Po Box 6112**

Number          Street

**Philadelphia, PA 19115-6112**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number      **8  1  6  9**          **$8,587.00**

**When was the debt incurred?**          **12/1/2020**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CreditCard**

U.S. Bankruptcy Court - Hawaii   #25-00763   Dkt # 1   Filed  09/02/25   Page 37 of 91

| Debtor 1 | **Kasey** | **Keaka** | **Chang** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Sasha** | **Shaina-Alani** | **Pinero** | |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    **Total claim**

---

**4.33** **Hawaiian Electric**

Nonpriority Creditor's Name

**Po Box 30260**

Number          Street

**Honolulu, HI 96820-0260**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number     **3  2  4  5**          **$560.53**

**When was the debt incurred?**          **12/2024**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.34** **Hawaiian Financial FCU**

Nonpriority Creditor's Name

**Attn: Ashford & Wriston, LLP**

**999 Bishop St Ste 1400**

Number          Street

**Honolulu, HI 96813-4438**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number     ___ ___ ___ ___          **$1,000.00**

**When was the debt incurred?**          **03/13/2025**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

U.S. Bankruptcy Court - Hawaii   #25-00763   Dkt # 1   Filed  09/02/25   Page 38 of 91

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                                                 **Total claim**

---

**4.35**  **Hawaiian Tel Fcu**

Nonpriority Creditor's Name

**1138 North King Street**

Number                    Street

**Honolulu, HI 96817**

City                    State                    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **0   0   0   4**                    **$3,672.00**

When was the debt incurred?                **8/1/2019**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **NoteLoan**

---

**4.36**  **Hickam Federal Credi**

Nonpriority Creditor's Name

**P.o. Box 30025**

Number                    Street

**Honolulu, HI 96820**

City                    State                    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **8   3   2   1**                    **$687.00**

When was the debt incurred?                **7/1/2019**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **NoteLoan**

---

U.S. Bankruptcy Court - Hawaii   #25-00763   Dkt # 1   Filed  09/02/25   Page 39 of 91

| Debtor 1 | **Kasey** | **Keaka** | **Chang** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Sasha** | **Shaina-Alani** | **Pinero** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.37** **Kohl's**

Nonpriority Creditor's Name

**Attn: Credit Administrator**

**PO Box 3043**

Number          Street

**Milwaukee, WI 53201-3043**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number     **0   4   2   3**          **$0.00**

When was the debt incurred?          **1/1/2017**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **ChargeAccount**

---

**4.38** **LVNV Funding LLC/Resurgent Cap Svcs**

Nonpriority Creditor's Name

**Resurgent Correspondence PO Box 1269**

Number          Street

**Greenville, SC 29602**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number     **7   3   1   7**          **$240.00**

When was the debt incurred?          **12/20/2022**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **UnknownLoanType**

---

U.S. Bankruptcy Court - Hawaii   #25-00763   Dkt # 1   Filed  09/02/25   Page 40 of 91

| Debtor 1 | **Kasey** | **Keaka** | **Chang** | Case number *(if known)* _____ |
|----------|-----------|-----------|-----------|----------------------------------------|
| Debtor 2 | **Sasha** | **Shaina-Alani** | **Pinero** | |
| | First Name | Middle Name | Last Name | |

<table>
<tr><td style="background:black;color:white">**Part 2:**</td><td>**Your NONPRIORITY Unsecured Claims — Continuation Page**</td></tr>
</table>

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                    **Total claim**

---

**4.39**   **Nordstrom Signature Visa**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 6555**

Number          Street

**Englewood, CO 80155-6555**

City              State              ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **7   9   7   9**                          **$0.00**

When was the debt incurred?           **7/13/2021**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CreditCard**

---

**4.40**   **Syncb/Car Care**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 965060**

Number          Street

**Orlando, FL 32896-5060**

City              State              ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **7   7   0   2**                          **$0.00**

When was the debt incurred?           **4/28/2019**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **ChargeAccount**

---

U.S. Bankruptcy Court - Hawaii   #25-00763   Dkt # 1   Filed  09/02/25   Page 41 of 91

| Debtor 1 | **Kasey** | **Keaka** | **Chang** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Sasha** | **Shaina-Alani** | **Pinero** | |
| | First Name | Middle Name | Last Name | |

<table>
<tr><td colspan="3" style="background:black;color:white"><b>Part 2:</b></td><td colspan="2"><b>Your NONPRIORITY Unsecured Claims — Continuation Page</b></td></tr>
</table>

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.41**  **Syncb/Car Care**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**P.O. Box 965065**

Number          Street

**Orlando, FL 32896-5065**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number      7   7   0   2          **$0.00**

When was the debt incurred?          **4/28/2019**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **ChargeAccount**

---

**4.42**  **Syncb/ebay**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 965060**

Number          Street

**Orlando, FL 32896-5060**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number      2   2   9   7          **$0.00**

When was the debt incurred?          **12/31/2019**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CreditCard**

---

U.S. Bankruptcy Court - Hawaii   #25-00763   Dkt # 1   Filed  09/02/25   Page 42 of 91

| Debtor 1 | **Kasey** | **Keaka** | **Chang** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Sasha** | **Shaina-Alani** | **Pinero** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

---

**4.43** **Syncb/Verizon**

Nonpriority Creditor's Name

**Attn: Bankruptcy Department**

**P.O. Box 965065**

Number        Street

**Orlando, FL 32896-5065**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **7  7  1  0**        **$688.00**

When was the debt incurred?        **8/12/2021**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CreditCard**

---

**4.44** **Synchrony Bank**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 965060**

Number        Street

**Orlando, FL 32896-5060**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___        **$386.00**

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Credit Card**

---

U.S. Bankruptcy Court - Hawaii   #25-00763   Dkt # 1   Filed  09/02/25   Page 43 of 91

| Debtor 1 | **Kasey** | **Keaka** | **Chang** | Case number *(if known)* |
|---|---|---|---|---|
| Debtor 2 | **Sasha** | **Shaina-Alani** | **Pinero** | |
| | First Name | Middle Name | Last Name | |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.45** | **Synchrony Bank** | Last 4 digits of account number  **2  7  2  7** | **$0.00**

Nonpriority Creditor's Name

**PO Box 105972** | When was the debt incurred? **7/10/2023**

Number          Street

**Atlanta, GA 30348**

City          State          ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **CreditCard**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**4.46** | **Synchrony Bank/Amazon** | Last 4 digits of account number  ___  ___  ___  ___ | **$523.00**

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept.** | When was the debt incurred? **2023**

**PO Box 965060**

Number          Street

**Orlando, FL 32896**

City          State          ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

**Is the claim subject to offset?**

☑ No
☐ Yes

U.S. Bankruptcy Court - Hawaii   #25-00763   Dkt # 1   Filed  09/02/25   Page 44 of 91

| Debtor 1 | **Kasey** | **Keaka** | **Chang** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Sasha** | **Shaina-Alani** | **Pinero** | |
| | First Name | Middle Name | Last Name | |

<table>
<tr><td colspan="3" style="background:black;color:white"><b>Part 2:</b>   <b>Your NONPRIORITY Unsecured Claims — Continuation Page</b></td></tr>
</table>

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

---

**4.47**

| **Synchrony Bank/Amazon** | Last 4 digits of account number   0   3   4   5 | $917.00 |
|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept.**

When was the debt incurred?     **6/22/2017**

**PO Box 965060**

Number     Street

As of the date you file, the claim is: Check all that apply.

**Orlando, FL 32896**

City     State     ZIP Code

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **ChargeAccount**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**4.48**

| **Synchrony Bank/Care Credit** | Last 4 digits of account number   6   4   1   4 | $0.00 |
|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy**

When was the debt incurred?     **3/28/2021**

**777 Long Ridge Rd**

Number     Street

As of the date you file, the claim is: Check all that apply.

**Stamford, CT 06902**

City     State     ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **ChargeAccount**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

U.S. Bankruptcy Court - Hawaii   #25-00763   Dkt # 1   Filed   09/02/25   Page 45 of 91

| Debtor 1 | **Kasey** | **Keaka** | **Chang** | Case number *(if known)* | |
|---|---|---|---|---|---|
| Debtor 2 | **Sasha** | **Shaina-Alani** | **Pinero** | | |
| | First Name | Middle Name | Last Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td colspan="2"><strong>Your NONPRIORITY Unsecured Claims — Continuation Page</strong></td></tr>
</table>

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.49** | **Synchrony Bank/Care Credit**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**777 Long Ridge Rd**

Number          Street

**Stamford, CT 06902**

City                    State              ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **0    2    8    3**          **$0.00**

When was the debt incurred?          **11/22/2018**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **ChargeAccount**

---

**4.50** | **Synchrony Bank/TJX**

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept.**

**P.o. Box 965960**

Number          Street

**Orlando, FL 32896-0001**

City                    State              ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **1    2    3    6**          **$0.00**

When was the debt incurred?          **10/9/2022**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CreditCard**

U.S. Bankruptcy Court - Hawaii   #25-00763   Dkt # 1   Filed  09/02/25   Page 46 of 91

## Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                     Total claim

---

**4.51**   **Synchrony/Ashley Furniture Homestore**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 965060**

Number          Street

**Orlando, FL 32896-5060**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **0   0   2   0**          $0.00

**When was the debt incurred?**       **12/10/2019**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **ChargeAccount**

---

**4.52**   **Synchrony/PayPal Credit**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 965064**

Number          Street

**Orlando, FL 32896-5064**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **4   4   7   1**          $0.00

**When was the debt incurred?**       **11/22/2019**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CreditCard**

U.S. Bankruptcy Court - Hawaii   #25-00763   Dkt # 1   Filed  09/02/25   Page 47 of 91

| Debtor 1 | **Kasey** | **Keaka** | **Chang** | Case number *(if known)* |
|---|---|---|---|---|
| Debtor 2 | **Sasha** | **Shaina-Alani** | **Pinero** | |
| | First Name | Middle Name | Last Name | |

<table>
<tr><td colspan="2" style="background:black;color:white"><b>Part 2:</b></td><td colspan="2"><b>Your NONPRIORITY Unsecured Claims — Continuation Page</b></td></tr>
</table>

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | | **Total claim** |
|---|---|---|

**4.53** | **Target NB**

Nonpriority Creditor's Name

**C/O Financial & Retail Services Mailstop BT PO Box 9475**

Number          Street

_____

**Minneapolis, MN 55440**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    **3  8  6  9**          **$390.00**

When was the debt incurred?          **6/1/2019**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CreditCard**

---

**4.54** | **TD Bank USA/Target Credit**          **$170.00**

Nonpriority Creditor's Name

**Po Box 673**

Number          Street

_____

**Minneapolis, MN 55440-0673**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

When was the debt incurred?          _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

U.S. Bankruptcy Court - Hawaii   #25-00763   Dkt # 1   Filed  09/02/25   Page 48 of 91

| Debtor 1 | **Kasey** | **Keaka** | **Chang** | Case number *(if known)* | |
|---|---|---|---|---|---|
| Debtor 2 | **Sasha** | **Shaina-Alani** | **Pinero** | | |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

**4.55**

**Verizon**
Nonpriority Creditor's Name

**PO Box 489**
Number          Street

**Newark, NJ 07101**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**$390.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.56**

**Wells Fargo Bank NA**
Nonpriority Creditor's Name

**MAC F8235-02F**

**Po Box 10438**
Number          Street

**Des Moines, IA 50306-0438**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **7  6  9  6**

**$0.00**

**When was the debt incurred?**   **10/1/2022**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **ChargeAccount**

U.S. Bankruptcy Court - Hawaii   #25-00763   Dkt # 1   Filed  09/02/25   Page 49 of 91

| Debtor 1 | **Kasey** | **Keaka** | **Chang** | | Case number *(if known)* |
|---|---|---|---|---|---|
| Debtor 2 | **Sasha** | **Shaina-Alani** | **Pinero** | | |
| | First Name | Middle Name | Last Name | | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim

---

**4.57**

**Wells Fargo Bank NA**

Nonpriority Creditor's Name

**MAC F8235-02F**

**Po Box 10438**

Number          Street

**Des Moines, IA 50306-0438**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Last 4 digits of account number    **5    3    6    2**          **$0.00**

When was the debt incurred?          **6/1/2020**

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **CreditCard**

---

**4.58**

**Wf/Preferred**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 51193**

Number          Street

**Los Angeles, CA 90051-5493**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Last 4 digits of account number    **0    6    3    5**          **$7,596.00**

When was the debt incurred?          **6/1/2019**

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **ChargeAccount**

U.S. Bankruptcy Court - Hawaii   #25-00763   Dkt # 1   Filed  09/02/25   Page 50 of 91

| Debtor 1 | **Kasey** | **Keaka** | **Chang** | Case number *(if known)* _____ |
|----------|-----------|-----------|-----------|------------------------------------------------|
| Debtor 2 | **Sasha** | **Shaina-Alani** | **Pinero** | |
| | First Name | Middle Name | Last Name | |

<table>
<tr><td colspan="2"><strong>Part 3:</strong></td><td colspan="2"><strong>List Others to Be Notified About a Debt That You Already Listed</strong></td></tr>
</table>

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2.** For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

**1.** **Citibank**
Name

**Centralized Bankruptcy/CitiCorp**

**5800 S Corporate Pl**
Number        Street

**Sioux Falls, SD 57108-5027**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.19** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number        ___ ___ ___ ___

---

**2.** **Comenity Capital Bank**
Name

**Attn: Bankruptcy Dept.**

**Po Box 183003**
Number        Street

**Columbus, OH 43218-3003**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.23** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number        ___ ___ ___ ___

---

**3.** **Comenity Capital Bank**
Name

**PO Box 5018u**
Number        Street

**Lutherville Timonium, MD 21094**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.23** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number        ___ ___ ___ ___

---

**4.** **Ashford & Wriston, LLP**
Name

**c/o Kevin Herring**

**999 Bishop St Ste 1400**
Number        Street

**Honolulu, HI 96813-4438**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.34** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number        ___ ___ ___ ___

---

**5.** **Synchrony Bank**
Name

**Po Box 965004**
Number        Street

**Orlando, FL 32896-5004**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.44** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number        ___ ___ ___ ___

---

**6.** **Synchrony Bank**
Name

**PO Box 105972**
Number        Street

**Atlanta, GA 30348**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.44** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number        ___ ___ ___ ___

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed - Additional Page** |
|---|---|

---

**7.** 

**Synchrony Bank**
Name

**Attn: Bankruptcy**

**PO Box 965060**
Number          Street

**Orlando, FL 32896-5060**
City                    State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.46** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**8.**

**TD Bank USA, N.A.**
Name

**2035 Limestone Road**
Number          Street

**Wilmington, DE 19808**
City                    State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.54** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

U.S. Bankruptcy Court - Hawaii   #25-00763   Dkt # 1   Filed  09/02/25   Page 52 of 91

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---------|--------------------------------------------------|

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

|  |  |  |  | Total claim |
|--|--|--|--|-------------|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | **$0.00** |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | **$9,000.00** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | **$0.00** |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | **$0.00** |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | **$9,000.00** |

|  |  |  |  | Total claim |
|--|--|--|--|-------------|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | **$0.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | **$0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | **$0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | **$71,230.53** |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | **$71,230.53** |

U.S. Bankruptcy Court - Hawaii   #25-00763   Dkt # 1   Filed  09/02/25   Page 53 of 91

| Debtor 1 | **Kasey** | **Keaka** | **Chang** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sasha** | **Shaina-Alani** | **Pinero** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of ___**Hawaii**___

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | Name | |
| | Number          Street | |
| | City          State          ZIP Code | |
| 2.2 | Name | |
| | Number          Street | |
| | City          State          ZIP Code | |
| 2.3 | Name | |
| | Number          Street | |
| | City          State          ZIP Code | |
| 2.4 | Name | |
| | Number          Street | |
| | City          State          ZIP Code | |

U.S. Bankruptcy Court - Hawaii   #25-00763   Dkt # 1   Filed  09/02/25   Page 54 of 91

| Debtor 1 | **Kasey** | **Keaka** | **Chang** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sasha** | **Shaina-Alani** | **Pinero** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of ___**Hawaii**___

Case number _____
(if known)

☐ Check if this is an amended filing

<u>Official Form 106H</u>

# Schedule H: Your Codebtors
12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   - ☑ No
   - ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   - ☑ No. Go to line 3.
   - ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
     - ☐ No
     - ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

     _____
     Name of your spouse, former spouse, or legal equivalent

     _____
     Number          Street

     _____
     City               State               ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use** *Schedule D, Schedule E/F,* **or** *Schedule G* **to fill out Column 2.**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |
| **3.1** _____<br>Name<br><br>_____<br>Number          Street<br><br>_____<br>City          State          ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.2** _____<br>Name<br><br>_____<br>Number          Street<br><br>_____<br>City          State          ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

U.S. Bankruptcy Court - Hawaii   #25-00763   Dkt # 1   Filed  09/02/25   Page 55 of 91

| Debtor 1 | **Kasey** | **Keaka** | **Chang** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | **Sasha** | **Shaina-Alani** | **Pinero** |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of **Hawaii**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter
13 income as of the following date:

_____
MM / DD / YYYY

**Official Form 106I**

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| **Part 1:** | Describe Employment |
|---|---|

| | | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|---|
| **1. Fill in your employment information.** | Employment status | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☑ Not employed |
| If you have more than one job, attach a separate page with information about additional employers. | Occupation | **Lead Technician** | |
| | Employer's name | **Standard Air LLC** | |
| Include part-time, seasonal, or self-employed work. | Employer's address | **201 Kapaa Quarry Pl** | |
| Occupation may include student or homemaker, if it applies. | | Number     Street | Number     Street |
| | | **Kailua, HI 96734** | |
| | | City     State     ZIP Code | City     State     ZIP Code |
| | How long employed there? | **3 years** | |

| **Part 2:** | Give Details About Monthly Income |
|---|---|

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.  **$6,913.14** | **$0.00** |
| 3. | **Estimate and list monthly overtime pay.** | 3. + **$0.00** | + **$0.00** |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. **$6,913.14** | **$0.00** |

U.S. Bankruptcy Court - Hawaii   #25-00763   Dkt # 1   Filed  09/02/25   Page 56 of 91

| | | Debtor 1 | | | | | |
|---|---|---|---|---|---|---|---|
| Debtor 1 | **Kasey** | **Keaka** | **Chang** | | Case number *(if known)* | | |
| Debtor 2 | **Sasha** | **Shaina-Alani** | **Pinero** | | | | |
| | First Name | Middle Name | Last Name | | | | |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| | Copy line 4 here....................................................➔ | 4. | | **$6,913.14** | **$0.00** |
| 5. | **List all payroll deductions:** | | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | | **$1,903.65** | **$0.00** |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | | **$0.00** | **$0.00** |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | | **$0.00** | **$0.00** |
| | 5d. **Required repayments of retirement fund loans** | 5d. | | **$0.00** | **$0.00** |
| | 5e. **Insurance** | 5e. | | **$1,552.54** | **$0.00** |
| | 5f. **Domestic support obligations** | 5f. | | **$0.00** | **$0.00** |
| | 5g. **Union dues** | 5g. | | **$0.00** | **$0.00** |
| | 5h. **Other deductions.** Specify: _____ | 5h. + | | **$0.00** | + **$0.00** |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | | **$3,456.18** | **$0.00** |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | | **$3,456.96** | **$0.00** |
| 8. | **List all other income regularly received:** | | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** | | | | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | | **$0.00** | **$3,769.00** |
| | 8b. **Interest and dividends** | 8b. | | **$0.00** | **$0.00** |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | | | | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | | **$0.00** | **$0.00** |
| | 8d. **Unemployment compensation** | 8d. | | **$0.00** | **$0.00** |
| | 8e. **Social Security** | 8e. | | **$0.00** | **$0.00** |
| | 8f. **Other government assistance that you regularly receive** | | | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | | **$0.00** | **$0.00** |
| | 8g. **Pension or retirement income** | 8g. | | **$0.00** | **$0.00** |
| | 8h. **Other monthly income.** Specify: _____ | 8h. + | | **$0.00** | + **$0.00** |
| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | | **$0.00** | **$3,769.00** |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | | **$3,456.96** + | **$3,769.00** = **$7,225.96** |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____    11. **+**    **$0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies

    12.    **$7,225.96**

    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

  ☑ No.

  ☐ Yes. Explain: _____

U.S. Bankruptcy Court - Hawaii  #25-00763  Dkt # 1  Filed  09/02/25  Page 58 of 91

8a. Attached Statement

## Self-employment - Shipt Income

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

1. Gross Monthly Income: — **$5,032.00**

PART B - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

2. Ordinary and necessary expense — **$0.00**

3. Net Employee Payroll (Other than debtor) — **$0.00**

4. Payroll Taxes — **$0.00**

5. Unemployment Taxes — **$0.00**

6. Worker's Compensation — **$0.00**

7. Other Taxes — **$0.00**

8. Inventory Purchases (Including raw materials) — **$0.00**

9. Purchase of Feed/Fertilizer/Seed/Spray — **$0.00**

10. Rent (Other than debtor's principal residence) — **$0.00**

11. Utilities — **$0.00**

12. Office Expenses and Supplies — **$150.00**

13. Repairs and Maintenance — **$250.00**

14. Vehicle Expenses — **$700.00**

15. Travel and Entertainment — **$25.00**

16. Equipment Rental and Leases — **$0.00**

17. Legal/Accounting/Other Professional Fees — **$0.00**

18. Insurance — **$138.00**

19. Employee Benefits (e.g., pension, medical, etc.) — **$0.00**

20. Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts

    TOTAL PAYMENTS TO SECURED CREDITORS — **$0.00**

21. Other Expenses

    TOTAL OTHER EXPENSES — **$0.00**

22. TOTAL MONTHLY EXPENSES (Add item 2 - 21) — **$1,263.00**

PART C - ESTIMATED AVERAGE NET MONTHLY INCOME:

23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 1) — **$3,769.00**

U.S. Bankruptcy Court - Hawaii   #25-00763   Dkt # 1   Filed  09/02/25   Page 59 of 91

Fill in this information to identify your case:

| Debtor 1 | **Kasey** | **Keaka** | **Chang** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Sasha** | **Shaina-Alani** | **Pinero** |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **District of Hawaii** | |
| Case number (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.
   ☑ Yes. **Does Debtor 2 live in a separate household?**
      ☑ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2*.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Child** | **6** | ☐ No. ☑ Yes. |
| **Child** | **13** | ☐ No. ☑ Yes. |
| | | ☐ No. ☐ Yes. |
| | | ☐ No. ☐ Yes. |
| | | ☐ No. ☐ Yes. |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $2,000.00 |
| | If not included in line 4: | |
| 4a. | Real estate taxes | 4a. $0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $100.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $0.00 |

U.S. Bankruptcy Court - Hawaii   #25-00763   Dkt # 1   Filed   09/02/25   Page 61 of 91

| | | | Your expenses |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | $0.00 |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | $320.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $180.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $340.00 |
| | 6d. Other. Specify: _____ | 6d. | $0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $2,000.00 |
| 8. | **Childcare and children's education costs** | 8. | $300.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $200.00 |
| 10. | **Personal care products and services** | 10. | $300.00 |
| 11. | **Medical and dental expenses** | 11. | $800.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $350.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $400.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | $0.00 |
| | 15b. Health insurance | 15b. | $0.00 |
| | 15c. Vehicle insurance | 15c. | $200.00 |
| | 15d. Other insurance. Specify: _____ | 15d. | $0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 __2018 Toyota Tacoma__ | 17a. | $563.01 |
| | 17b. Car payments for Vehicle 2 | 17b. | $0.00 |
| | 17c. Other. Specify: _____ | 17c. | $0.00 |
| | 17d. Other. Specify: _____ | 17d. | $0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | $0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a. Mortgages on other property | 20a. | $0.00 |
| | 20b. Real estate taxes | 20b. | $0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $0.00 |

U.S. Bankruptcy Court - Hawaii  #25-00763 - Dkt # 1  Filed  09/02/25  Page 62 of 91

21. **Other.** Specify: __See Additional Page__         21.   + _____ **$250.00**

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.         22a. _____ **$8,303.01**

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2         22b. _____ **$0.00**

    22c. Add line 22a and 22b. The result is your monthly expenses.         22c. _____ **$8,303.01**

23. **Calculate your monthly net income.**

    23a. Copy line 12 (your combined monthly income) from *Schedule I*.         23a. _____ **$7,225.96**

    23b. Copy your monthly expenses from line 22c above.         23b. – _____ **$8,303.01**

    23c. Subtract your monthly expenses from your monthly income.
    The result is your *monthly net income.*         23c. _____ **($1,077.05)**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes.

| Debtor 1 | **Kasey** | **Keaka** | **Chang** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| Debtor 2 | **Sasha** | **Shaina-Alani** | **Pinero** | | |
| | First Name | Middle Name | Last Name | | |

| | Amount |
|---|---|
| **21. Other** | |
| Tax Prep Fees | $25.00 |
| Miscellaneous emergency funds | $100.00 |
| School supplies | $125.00 |

U.S. Bankruptcy Court - Hawaii   #25-00763   Dkt # 1   Filed  09/02/25   Page 64 of 91

Fill in this information to identify your case:

| Debtor 1 | **Kasey** | **Keaka** | **Chang** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Sasha** | **Shaina-Alani** | **Pinero** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **District of Hawaii**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

|  | **Your assets** Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*.............................................. | **$0.00** |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*.................................... | **$38,866.59** |
| 1c. Copy line 63, Total of all property on *Schedule A/B*.............................................. | **$38,866.59** |

### Part 2: Summarize Your Liabilities

|  | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | **$21,785.00** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.................................... | **$9,000.00** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | + **$71,230.53** |
| **Your total liabilities** | **$102,015.53** |

### Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*...................................................................... | **$7,225.96** |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*............................................................................. | **$8,303.01** |

| Debtor 1 | **Kasey** | **Keaka** | **Chang** | |
|----------|-----------|-----------|-----------|---|
| Debtor 2 | **Sasha** | **Shaina-Alani** | **Pinero** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---------|------------------------------------------------------------------|

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

**7. What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8.** From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

**$11,253.92**

**9.** Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:

| | Total claim |
|--|-------------|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | **$0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | **$9,000.00** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | **$0.00** |
| 9d. Student loans. (Copy line 6f.) | **$0.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | **$0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + **$0.00** |
| 9g. **Total**. Add lines 9a through 9f. | **$9,000.00** |

Fill in this information to identify your case:

Debtor 1    **Kasey**      **Keaka**      **Chang**

First Name      Middle Name      Last Name

Debtor 2    **Sasha**      **Shaina-Alani**      **Pinero**
(Spouse, if filing)    First Name      Middle Name      Last Name

United States Bankruptcy Court for the:      **District of Hawaii**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Kasey Keaka Chang**           X **/s/ Sasha Shaina-Alani Pinero**

Kasey Keaka Chang, Debtor 1             Sasha Shaina-Alani Pinero, Debtor 2

Date **09/02/2025**                Date **09/02/2025**

MM/ DD/ YYYY                   MM/ DD/ YYYY

Fill in this information to identify your case:

| Debtor 1 | **Kasey** | **Keaka** | **Chang** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sasha** | **Shaina-Alani** | **Pinero** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **District of Hawaii**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married

☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No

☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No

☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

## Part 2:  Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ☑ Wages, commissions, bonuses, tips | **$50,068.00** | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☑ Operating a business | **$41,341.00** |

U.S. Bankruptcy Court - Hawaii - #25-00763 - Dkt # 1 - Filed 09/02/25    Page 68 of 91

| | Debtor 1 | Debtor 2 |
|---|---|---|
| **For last calendar year:** (January 1 to December 31, **2024** ) YYYY | ☑ Wages, commissions, bonuses, tips **$110,075.10** <br> ☐ Operating a business | ☐ Wages, commissions, bonuses, tips <br> ☑ Operating a business **$46,864.00** |
| **For the calendar year before that:** (January 1 to December 31, **2023** ) YYYY | ☑ Wages, commissions, bonuses, tips **$64,109.00** <br> ☐ Operating a business | ☐ Wages, commissions, bonuses, tips <br> ☑ Operating a business **$56,604.00** |

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☑ No

☐ Yes. Fill in the details.

---

**Part 3:**   List Certain Payments You Made Before You Filed for Bankruptcy

---

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

     During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

     ☐ No. Go to line 7.

     ☐ Yes.   List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

     * Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

     During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

     ☑ No. Go to line 7.

     ☐ Yes.   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

---

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

---

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

---

U.S. Bankruptcy Court - Hawaii   #25-00763   Dkt # 1   Filed 09/02/25   Page 69 of 91

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title **Hawaiian Financial FCU vs Sasha Pinero et al**<br><br>Case number **1DRC-25-0002984** | Civil | **District Court of the 1st Circ.**<br>Court Name<br>**Kauikeaouli Hale**<br><br>**1111 Alakea Street Honolulu, HI 96813**<br>Number    Street<br>**Honolulu, HI 96813**<br>City         State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.

☐ Yes. Fill in the information below.

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

## Part 5: List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

U.S. Bankruptcy Court - Hawaii - #25-00763 - Dkt # 1 - Filed 09/02/25    Page 70 of 91

| Part 6: | List Certain Losses |
|---------|---------------------|

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Part 7: | List Certain Payments or Transfers |
|---------|------------------------------------|

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|--|---------------------------------------------------|-----------------------------------|-------------------|
| **Abelmann Peterson LLLC** | **Attorney's Fee** | **8/16/2025** | **$2,932.00** |
| Person Who Was Paid | | | |
| **677 Ala Moana Blvd., Suite 510** | | | |
| Number     Street | | | |
| **Honolulu, HI 96813** | | | |
| City                       State     ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|--|---------------------------------------------------|-----------------------------------|-------------------|
| **Credit Counseling, Abacus** | **Credit Counseling** | **08/28/2025** | **$25.00** |
| Person Who Was Paid | | | |
| **17337 Ventura Boulevard Suite 205** | | | |
| Number     Street | | | |
| **Encino, CA 91316** | | | |
| City                       State     ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

U.S. Bankruptcy Court - Hawaii   #25-00763   Dkt # 1   Filed  09/02/25   Page 71 of 91

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☐ No

☑ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Buyer**<br>Person Who Received Transfer<br><br>Number    Street<br><br>City    State    ZIP Code<br>Person's relationship to you<br>**None** | **2016 Toyota Corolla LE** | **Sold vehicle for $9,000** | **06/2024** |
| **Buyer**<br>Person Who Received Transfer<br><br>Number    Street<br><br>City    State    ZIP Code<br>Person's relationship to you<br>**None** | **2009 Acura TSX** | **Sold vehicle for $7,700** | **09/2023** |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**
(These are often called *asset-protection devices*.)

☑ No

☐ Yes. Fill in the details.

**Part 8:** List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No

☐ Yes. Fill in the details.

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes. Fill in the details.

U.S. Bankruptcy Court - Hawaii #25-00763 Dkt # 1 Filed 09/02/25 Page 72 of 91

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No

☐ Yes. Fill in the details.

## Part 9: Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

☐ Yes. Fill in the details.

## Part 10: Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

U.S. Bankruptcy Court - Hawaii   #25-00763   Dkt # 1   Filed  09/02/25   Page 73 of 91

| | | | |
|---|---|---|---|
| Debtor 1 | **Kasey**<br>**Sasha** | **Keaka**<br>**Shaina-Alani** | **Chang**<br>**Pinero** |
| Debtor 2 | | | |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| <u>Sasha Shaina-Alani Pinero</u> | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| Name | **Driving services** | EIN: __ __ – __ __ __ __ __ __ __ |
| <br>_____ | | |
| <u>47-702 Akakoa Pl</u> | Name of accountant or bookkeeper | Dates business existed |
| Number    Street | | |
| <u>Kaneohe, HI 96744-5001</u> | | From  <u>2023</u>     To _____ |
| City            State    ZIP Code | | |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

☐ Yes. Fill in the details below.

**Part 12:** Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X  **/s/ Kasey Keaka Chang** _____

Signature of Kasey Keaka Chang, Debtor 1

Date **09/02/2025** _____

X  **/s/ Sasha Shaina-Alani Pinero** _____

Signature of Sasha Shaina-Alani Pinero, Debtor 2

Date **09/02/2025** _____

**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Kasey** | **Keaka** | **Chang** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sasha** | **Shaina-Alani** | **Pinero** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **District of Hawaii** | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7     **12/15**

**If you are an individual filing under chapter 7, you must fill out this form if:**

- creditors have claims secured by your property, or
- you have leased personal property and the lease has not expired.

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

---

**Part 1:**  List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Have Claims Secured by Property* **(Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Santander Bank** | ☐ Surrender the property. | ☑ No |
| | ☐ Retain the property and redeem it. | ☐ Yes |
| Description of property securing debt: **2018 Toyota Tacoma** | ☑ Retain the property and enter into a *Reaffirmation Agreement.* | |
| | ☐ Retain the property and [explain]: | |

| Debtor 1 | **Kasey** | **Keaka** | **Chang** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Sasha** | **Shaina-Alani** | **Pinero** | |
| | First Name | Middle Name | Last Name | |

<div style="background:black;color:white">

**Part 2:** List Your Unexpired Personal Property Leases

</div>

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: _____ | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: _____ | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: _____ | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: _____ | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: _____ | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: _____ | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: _____ | ☐ No |
| Description of leased property: | ☐ Yes |

<div style="background:black;color:white">

**Part 3:** Sign Below

</div>

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

**X** /s/ Kasey Keaka Chang _____    **X** /s/ Sasha Shaina-Alani Pinero _____

Signature of Debtor 1                          Signature of Debtor 2

Date **09/02/2025** _____                    Date **09/02/2025** _____
MM/ DD/ YYYY                                    MM/ DD/ YYYY

U.S. Bankruptcy Court Western District of Texas 09/02/25 Page 77 of 91

# United States Bankruptcy Court
### District of Hawaii

**In re**    Chang, Kasey Keaka

Pinero, Sasha Shaina-Alani          Case No. _____

**Debtor**          Chapter _____7_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ........................................................................    **$2,932.00**

Prior to the filing of this statement I have received ..........................................................    **$2,932.00**

Balance Due .........................................................................................................................    **$0.00**

2.    The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.    ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d.    Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed. For post-petition recovery, stay and discharge violations, I have agreed to accept fees at $450 per hour or 40% of the total recovery plus costs, whichever is greater.

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

unless agreed in a separate contract: Representation of the debtor(s) in dischargeability actions, judicial lien avoidances, and any adversary proceedings.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **09/02/2025** | **/s/ Lars Peterson** |
| *Date* | Lars Peterson |
| | *Signature of Attorney* |

Bar Number: 8604
808 BK LLLC
Topa Financial Center, Fort Street Tower
745 Fort St Ste 801
Honolulu, HI 96813-3815
Phone: (808) 589-1010

**808 BK LLLC**
*Name of law firm*

Date:   **09/02/2025**

**/s/ Kasey Keaka Chang**
*Kasey Keaka Chang*

**/s/ Sasha Shaina-Alani Pinero**
*Sasha Shaina-Alani Pinero*

## Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Kasey** | **Keaka** | **Chang** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sasha** | **Shaina-Alani** | **Pinero** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **District of Hawaii** | |
| Case number (if known) | | | |

**Check one box only as directed in this form and in Form 122A-1Supp:**

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

# Official Form 122A-1

# Chapter 7 Statement of Your Current Monthly Income

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

## Part 1: Calculate Your Current Monthly Income

**1. What is your marital and filing status?** Check one only.

☐ **Not married.** Fill out Column A, lines 2-11.

☑ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

☐ **Living in the same household and are not legally separated.** Fill out both Column A and B, lines 2-11.

☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| **2.** | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | **$8,065.33** | **$0.00** |
| **3.** | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $0.00 | $0.00 |
| **4.** | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $0.00 | $0.00 |

**5. Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $4,451.59 | | |
| Ordinary and necessary operating expenses | – $0.00 | – $1,263.00 | | |
| Net monthly income from a business, profession, or farm | $0.00 | $3,188.59 | Copy here → | $0.00     $3,188.59 |

**6. Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $0.00 | | |
| Ordinary and necessary operating expenses | – $0.00 | – $0.00 | | |
| Net monthly income from rental or other real property | $0.00 | $0.00 | Copy here → | $0.00     $0.00 |

| **7.** | **Interest, dividends, and royalties** | $0.00 | $0.00 |
|---|---|---|---|

U.S. Bankruptcy Court - Hawaii #23-00703 Dkt # 1 Filed 09/02/25 Page 80 of 91

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| **8. Unemployment compensation** | $0.00 | $0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: .................................................... ↓

For you.......................................................................... **$0.00**

For your spouse............................................................. **$0.00**

| | | |
|---|---|---|
| **9. Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title. | $0.00 | $0.00 |

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

_____     _____     _____

_____     _____     _____

Total amounts from separate pages, if any.     + _____    + _____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

| **$8,065.33** | + | **$3,188.59** | = | **$11,253.92** |
|---|---|---|---|---|

**Total current monthly income**

| Part 2: | Determine Whether the Means Test Applies to You |
|---|---|

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11......................................................... **Copy line 11 here →**   **$11,253.92**

Multiply by 12 (the number of months in a year).     **x 12**

12b. The result is your annual income for this part of the form.     12b. **$135,047.04**

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.     Hawaii

Fill in the number of people in your household.     4

Fill in the median family income for your state and size of household.............................................. 13. **$137,454.00**

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ☑ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A–2.

U.S. Bankruptcy Court - Hawaii   #25-00763   Dkt # 1   Filed  09/02/25   Page 81 of 91

| Debtor 1 | **Kasey** | **Keaka** | **Chang** |
|---|---|---|---|
| Debtor 2 | **Sasha** | **Shaina-Alani** | **Pinero** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

| Part 3: | Sign Below |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X** /s/ Kasey Keaka Chang _____

Signature of Debtor 1

Date **09/02/2025** _____
    MM/  DD/  YYYY

**X** /s/ Sasha Shaina-Alani Pinero _____

Signature of Debtor 2

Date **09/02/2025** _____
    MM/  DD/  YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.

U.S. Bankruptcy Court - Hawaii   #25-00763   Dkt # 1   Filed  09/02/25   Page 82 of 91

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF HAWAII**
**HONOLULU DIVISION**

IN RE: **Chang, Kasey Keaka**
      **Pinero, Sasha Shaina-Alani**

CASE NO

CHAPTER **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   **09/02/2025**   Signature     **/s/ Kasey Keaka Chang**
                                           Kasey Keaka Chang, Debtor

Date   **09/02/2025**   Signature     **/s/ Sasha Shaina-Alani Pinero**
                                           Sasha Shaina-Alani Pinero, Joint Debtor

Affirm, Inc.
30 Isabella St Fl 4
Pittsburgh, PA 15212-5862

American Savings Bank
Po Box 2300
Honolulu, HI 96804-2300

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998-1540

Ashford & Wriston, LLP
c/o Kevin Herring
999 Bishop St Ste 1400
Honolulu, HI 96813-4438

Bank Of Hawaii
Attn: Bankruptcy
111 South King Street
Honolulu, HI 96813

Barclays
Po Box 60517
City Industry, CA 91716-0517

Barclays Bank Delaware
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899-8801

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake Cty, UT 84130-0285

Cbna
Attn: Centralized Bankruptcy/Citicorp
PO Box 790034
St Louis, MO 63179-0034

Chase Card Services
PO Box 15123
Wilmington, DE 19850

Chex Systems Inc.
ATTN Consumer Relations
7805 Hudson Rd. Ste. 100
Saint Paul, MN 55125

Citibank
Centralized Bankruptcy/CitiCorp
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

Citibank/The Home Depot
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
Saint Louis, MO 63129

Citicards CBNA
Po Box 790034
Saint Louis, MO 63179-0034

Comenity Bank/Victoria
Secret
P.O. Box 18215
Columbus, OH 43218

Comenity Bk/Ulta
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

Comenity Capital Bank
Attn: Bankruptcy Department
Po Box 182125
Columbus, OH 43218-2125

Comenity Capital Bank
Attn: Bankruptcy Dept.
Po Box 183003
Columbus, OH 43218-3003

Comenity Capital Bank
PO Box 5018u
Lutherville Timonium, MD 21094

Comenity Capital/famous
Attn: Bankruptcy
PO Box 183003
Columbus, OH 43218

Comenity Capital/petco
Attn: Bankruptcy
PO Box 183003
Columbus, OH 43218

Comenity Capital/Sephora
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

Comenity/MPRC
Attn: Bankruptcy
PO Box 182273
Columbus, OH 43218

Department of Taxation
Attn: Bankruptcy Unit
Po Box 259
Honolulu, HI 96809-0259


Department of Taxation
Attn: Bankruptcy Unit
PO Box 259
Honolulu, HI 96809


Discover Financial
Attn: Bankruptcy
PO Box 3025
New Albany, OH 43054


Elan Fin Svcs/ent Cu
Cb Disputes
Saint Louis, MO 63166


Equifax Credit Info Service
PO Box 740241
Atlanta, GA 30374


Experian
PO Box 2002
Allen, TX 75013


First Hawaiian Bank
Attn: Robert Harrison, CEO
Po Box 3200
Honolulu, HI 96847-0001


Goldman Sachs Bank USA
Salt Lake City Branch
Po Box 6112
Philadelphia, PA 19115-6112

Hawaiian Electric
Po Box 30260
Honolulu, HI 96820-0260


Hawaiian Financial FCU
Attn: Ashford & Wriston, LLP
999 Bishop St Ste 1400
Honolulu, HI 96813-4438


Hawaiian Tel Fcu
1138 North King Street
Honolulu, HI 96817


Hickam Federal Credi
P.o. Box 30025
Honolulu, HI 96820


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101


Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114


Kohl's
Attn: Credit Administrator
PO Box 3043
Milwaukee, WI 53201-3043


LVNV Funding LLC/Resurgent
Cap Svcs
Resurgent Correspondence PO Box 1269
Greenville, SC 29602

**Nordstrom Signature Visa**
Attn: Bankruptcy
PO Box 6555
Englewood, CO 80155-6555


**Santander Bank**
P.o. Box 961211
Fort Worth, TX 76161


**Syncb/Car Care**
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060


**Syncb/Car Care**
Attn: Bankruptcy
P.O. Box 965065
Orlando, FL 32896-5065


**Syncb/ebay**
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060


**Syncb/Verizon**
Attn: Bankruptcy Department
P.O. Box 965065
Orlando, FL 32896-5065


**Synchrony Bank**
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060


**Synchrony Bank**
Po Box 965004
Orlando, FL 32896-5004

Synchrony Bank
PO Box 105972
Atlanta, GA 30348


Synchrony Bank/Amazon
Attn: Bankruptcy Dept.
PO Box 965060
Orlando, FL 32896


Synchrony Bank/Care Credit
Attn: Bankruptcy
777 Long Ridge Rd
Stamford, CT 06902


Synchrony Bank/TJX
Attn: Bankruptcy Dept.
P.o. Box 965960
Orlando, FL 32896-0001


Synchrony/Ashley Furniture
Homestore
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060


Synchrony/PayPal Credit
Attn: Bankruptcy
PO Box 965064
Orlando, FL 32896-5064


Target NB
C/O Financial & Retail Services Mailstop
BT PO Box 9475
Minneapolis, MN 55440


TD Bank USA, N.A.
2035 Limestone Road
Wilmington, DE 19808

TD Bank USA/Target Credit
Po Box 673
Minneapolis, MN 55440-0673


Telecheck
5565 Glenridge Connector, N.E.
Atlanta, GA 30342


TransUnion
PO Box 2000
Crum Lynne, PA 19022


Verizon
PO Box 489
Newark, NJ 07101


Wells Fargo Bank NA
MAC F8235-02F
Po Box 10438
Des Moines, IA 50306-0438


Wf/Preferred
Attn: Bankruptcy
PO Box 51193
Los Angeles, CA 90051-5493